UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

In re:  Case No. 22-00302-jtg

TG Manufacturing, LLC  Chapter 11

Debtor(s)  Honorable John T. Gregg

/

**VERIFICATION OF CREDITOR MATRIX**

I hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 21, 2022

W. Todd Van Eck (P54745)
Attorney for Debtor

MAILING MATRIX

Stephens Pipe & Steel, LLC
PO Bo 618
Russell Springs, KY 42642

Lafayette Steel / Oscar Winski
PO Box 95164
Chicago, IL 60694

Target Steel, Inc Dept#78017
P.O. Box 77000
Detroit, MI 48278-0017

McClays Logistics
31201 Chicago Rd. S
Warren, MI 48093

TES America, LLC
215 Central Ave, Ste 250
Holland, MI 49423

LaserTec
715 Callaghan Street
Greenville, MI 49507

GBA Supply, LLC
441 University Blvd
Birmingham, AL 35205

Consolidated Metals Inc
1805 Copeland Street
Jacksonville, FL 32204

Advance Plating & Finishing, Inc
840 Cottage Grove SE
Grand Rapids, MI 49507

United Fastener & Supply LLC
2716 Courier Drive NW Ste B
Grand Rapids, MI 49534

Aero-Space
9270 Bryant Ave S
Minneapolis, MN 55420

Millennium Metals,
LLC PO Box 95052
Chicago, IL 60694-5052

Consumer's Energy Payment Center
PO Box 740309
Cincinnati, OH 45274-0309

Machine Star LLC
4674 Clay Ave S.W Suite D
Grand Rapids, MI 49548

MAILING MATRIX

FittzMark
950 Dorman St
Omdianapolis, IN 46202

Purity Cylinder Gases INC
PO Box 9390
Grand Rapids, MI 49509-0390

Volta Logistics, Inc
1515 Central Ave NE Suite 120
Minneapolis, NM 55413

Sureway Gaming
1011 Entry Drive
Bensenville, IL. 60106

DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786

North Coast Components, Inc.
3504 Highland Drive
Hudsonville, MI 49426

Circle Logistics, Inc
PO Box 8067
Ft Wayne, IN 46898-8067

Charter Steel
4401 West Roosevelt Road
Chicago, IL 60624

Turnkey Fabrication
1530 Eastern Ave
Grand Rapids, MI 49507

AkzoNobel Coatings, Inc
62166 Collection Center Drive
Chicago, IL 60693-0621

Miller Welding
505 Grandville Ave SW
Grand Rapids, MI 49503

The Decc Company
1266 Wallen Ave SW
Grand Rapids, MI 49507

Gilson
2000 Oak Industrial Dr.
Grand Rapids, MI 49505

Marlboro Manufacturing
11750 Marlboro Ave. NE
Alliance, OH 44601

MAILING MATRIX

Fifth Wheel Freight
4460 44th St. SE Suite D
Kentwood, MI 49512

Goshen Stamping LLC
1025 S 10th St
Goshen, IN 46526

Tube Fabricators, Inc
66889 Halfway Rd
 P.O. Box 338
Burr Oak, MI 49030

Precision Wire EDM Service Inc
3180 Three Mile Rd NW
Walker, MI 49534

Mercury Products
1201 S Mercury Drive
Schaumburg, IL 60193

Coin-Op Solutions LLC
700 Lawrence St NE
Marietta, GA 30060

TRUMPF Inc Dept
135 PO Box 150473
Hartford, CT 06115-0473

Bravo!
300 Ed LeBoeuf Drive
Battle Creek, MI 49037

All Phase  - Michigan Division
P.O. Box 310660
Des Moines, IA 50331-0660

Richardson Electronics Ltd
40W267 Keslinger Road
PO Box 393
LaFox, IL 60147-0393

Air Components Inc
PO Box 9385
Grand Rapids, MI 49509

B&L Bolt Inc
760 32nd Street SE
Grand Rapids, MI 49548

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

APFP, LLC

MAILING MATRIX

STABILUS Reashell Carter
1201 Tulip Drive
Gastonia, NC 28052

Digi-Key Electronics
701 Brooks Ave South
Thief River Falls, MN 56701

Lane Technical Sales, Inc.
6465 N. Avondale Ave
Chicago, IL 60631

Pace-O-Matic, Inc.
3450 Corporate Way, Suite A
Duluth, GA 30096

LRS, LLC
PO Box 49736
Algood, TN 38506

Gamesman
ATTN: Lisa Poblete
6672 Spencer St. Suite 600
Las Vegas, NV 89119

Central Steel & Wire
PO Box 734082
Chicago, IL 60673-4082

Packer Fastener
728 Lombardi Ave
Green Bay, WI 54304

Ed Finkhouse
10088 Emma Dr
Greenville, MI 48838

Aimtron Corporation
555 S. Vermont St
Palatine, IL 60067

The Bolt Bin
11331 3rd Ave NW
Grand Rapids, MI 49534

Advantage Mechanical Refrigeration
4870-F West River Dr NE
Comstock Park, MI 49321

NEP Electronics Inc.
805 Mittel Drive
Wood Dale, IL 60191

MAILING MATRIX

Worldwide Express
PO Box 733360
Dallas, TX 75373

Gerber Electronics
78 Astor Avenue Norwood,
MA 02062

Protective Coating Associates
404 Union St
Bronson, MI 49028

IFS coatings
PO Box 671639
Dallas, TX 75267-1639

Grainger
Dept 803639590
Palatine, IL 60038-0001

Renosol Corporation
691 River Road
Bay City, MI 48708

First Bankcard
P.O. Box 2818
Omaha, NE 68103-2818

S&S Hinge Comapny
210 Covington Drive
Bloomingdale, IL 60108

Uline
ATTN: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Arrowaste Inc.
P.O. Box 828
Jenison, MI 49429

The Bolt Bin
11331 3rd Ave NW
Grand Rapids, MI 49544

Golden Eagle Pallets, LLC
1701 Clyde Park St SW, Unit B 50
Wyoming, MI 49509

Cintas Corporation #301
PO Box 630910
Cincinnati, OH 45263

Patriot Gaming & Electronics
217 N. Lindberg St
Griffith, IN 46319

MAILING MATRIX

Ericksons
2217 Lake Ave
North Muskegon, MI 49445

McNichols Company
PO Box 101211
Atlanta, GA 30392-1211

Cincinnati Inc.
PO Box 11111
Cincinnati, OH 45211

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118

Transport Repair Servoice, Inc
541 Burton S.W.
Grand Rapies, MI 49507

Bank of America, N.A.
250 Monroe NW, Suite 550
Grand Rapids, Michigan  49503

Michigan Department of Collections
P.O. Box 30199
Lansing, Michigan 48909

Automatic Spring Products Corporation
803 Taylor Avenue
Grand Haven, Michigan  49417

Ultimate Gaging Systems, Inc.
555 Plymouth Avenue NE
Grand Rapids, Michigan  49505

Eberhard Manufacturing
PO Box 368012
21944 Drake Rd.
Strongsville, OH 44149-9712

TG Turnkey Fabrication
1530 Eastern
Grand Rapids, MI 49507

Vitan Equipment
PO Box 77000
Dept. 771318
Detroit, MI 48277-1318

Leader Lights
5171 Plaindield AVE NE
Grand Rapids, Mi 49525

J&L Roofing
567 11th St. NW

MAILING MATRIX

Grand Rapids, MI 49504

Machine Ethics of West Michigan
1889 SunDolphin Dr. Suite B
Muskegon, MI 49444

Bursma Distributing
4727 Clyde Park Ave SW
Wyoming, MI 49509

Mouser Electronics
PO Box 99319
Fort Worth, TX 76199-0319

Harbor Steel & Supply Corporation
PO Box 4250
Muskegon, MI 49444

Comcast Business
PO Box 70219
Philadelphia, PA 19176-0219

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

TJ Pant LLC
25993 US 12
Sturgis, MI 49091

Purforms, Inc
615 Chatham St
Lowell, MI 49331

Timber Ridge Tree Care LLC
4327 Abrigador Trl NE
Comstock Park, MI 49321

Bisco Industries
PO Box 68062
Anaheim, CA 92817

UPS Lockbox
577 Carol Stream
IL 60132-0577

Greener Building Mechanical Inc.
10971 2 Mile Rd Lowell
MI 49331

Griffon Steel Corporation
1561 E. Highwood
Pontiac, MI 48340

MAILING MATRIX

Smitter Pest Control
1650 Divison Ave.
Grand Rapids, MI 49507

SUZOHAPP Americas LLC
7331 Solutions Center
Chicago, IL 60677

Guardian Alarm
75 Remittance Dr Dept 1376
Chicago, IL 60675-1376

Wilson Tool CM#9676,
PO Box 70870
St.Paul, MN 55170-9676

AZZ Galvanizing –
Hamilton P.O. Box 843771
Dallas, TX 75284-3771

GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266-0831

West Michigan Tube & Wire Forming
P.O. Box 4589
Muskegon, MI 49444

Nortek Powder Coating, LLC
5900 Success Drive Rome,
NY 13440

Praxair DEPT CH
10660 Palatine,
IL 60055-0660

Boyer Steel INC
26532 Groesbeck HWY
Warren, MI 48089

Model First Aid Safetly & Training
PO Box 8037
Grand Rapids, MI 49518-8037

Heneveld Group, LLC
480 North Fairview Road Suite 8
Zeeland, MI 49464-9586

Lakeshore Scale Inc.
131 Coolidge Suite 4
Holland, MI 49423

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

MAILING MATRIX

Striker Sheet Metal
P.O. Box 41/104 S.C.T. Drive
White House, TN 37188

Miller Industrial Gases
505 Grandville Ave SW
Grand Rapids, MI 49503

American Systems Registrar, LLC
5281 Clyde Park Ave. SW, Ste 1
Wyoming, MI 49509

Andre Brown Dre Plowing Service
119 Dickinson SE
Grand Rapids, MI 49507

Bystronic, Inc
2200 W Central Rd.
Hoffman Estates, IL 60192

Factory Steel & Metal Supply
14020 Oakland Avenue
Detroit, MI 48203

PT Solutions
PO Box 670587
Detroit, MI 48267-0587

City of Grand Rapids
300 Monroe Ave
Grand Rapids, MI 49503

Spring Lake Country Club
17496 N.Fruitport Road
Spring Lake, MI 49456

Impact Operations
8808 Grand River Ave
Saranac, MI 48881

Fence Consultants of West Michigan
615 Eleventh Street NW
Grand Rapids, MI 49504

Fire Fighter Sales & Service Inc
3015 Madison SE
Grand Rapids, MI 49548

Safety Kleen Systems
2600 North Central Expressway Ste 400
Richardson, TX 75080

Beaver Research
3700 E. Kilgore Rd
Portage, Mi 49002

MAILING MATRIX

City of Grand Rapids Treasurer
300 Monroe Center RM 220 City Hall-Water/Sewer
Grand Rapids, MI 49503-2296

CertaSite, LLC
4303 40th St SE
Grand Rapids, MI 49512

Custometal Products, Inc
180 Kerth St
St. Joseph, MI 49085

All State Crane & Rigging
500 E. 8th Street, Ste 1000
Holland, MI 49423

Black Gold Transport Inc. 4
110 26th St.
Dorr, MI 49323

Dimension Graphics Inc
800 Burton St SE
Grand Rapids, MI 49507

Painters Supply & Equipment Co.
PO Box 1477
Taylor, MI 48180

Kaat's Water Conditioning Inc
PO Box 140714
Grand Rapids, MI 49514-0714

Charter Communications
PO BOX 3019
Milwaukee, WI 53201-3019

Royal Controls & Process Services LLC
509 Easr Maple Street
Fremont, MI 49412

Global Equipment Company
29833 Network Place
Chicago, IL 60673-1298

Cass Hudson Company
2300 Charlotte Ave
Elkhart, IN 46517-1196

Rollie Williams Paint Spot
2570 Walker Ave Ste A
Grand Rapids, MI 49544

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

MAILING MATRIX

Seaver Finishing - Ecoat
1645 Marion St
Grand Haven, MI 49417

Smart Business Source
4157 40th Street SE
Grand Rapids, MI 49512

Absopure Water Company Dept#992677
PO Box 701760
Plymouth, MI 48170

Blastek, LLC
PO Box 443
Middleville, MI 49333

FED EX
PO Box 842206
Noston, MA 02284-2206

Liquid Industrial Waste Service
11325 E. Lakewood Blvd
Holland, MI 49424

The Yost Superior Co.
300 South Center Street
PO Box 1487
Springfield, OH 45501

MED-1 Leonard
PO Box 3320
Grand Rapids, MI 49501

Maynard's Water Conditioning
9980 Cherry Valley
Caledonia, MI 49316

D Lawless Hardware
1707 E Main Street
Olney, IL 62450

Seaver Industrial Finishing
1645 Marion St
Grand Haven, MI 49417

Gordon Water Systems
618 E. Crosstown Pkwy
Kalamazoo, MI 49001

A-Z Packaging
143 E.Pond Drive
Romeo, MI 48065

Production Tool Supply
PO Box 670587

MAILING MATRIX

Detroit, MI 48267-0587

METAL FINISHING
2652 Hoyt St
Muskegon, MI 49444

Alt Oil Company Inc.
1374 W. Randall
Coopersville, MI 49404

Integration Technologies, Inc.
P.O. Box 147
Muskegon, MI 49443-0147

R&L Carriers
600 Gillam Rd
PO Box 271
Wilmington, OH 45177-0271

MED-1 Breton
PO Box 3319
Grand Rapids, MI 49501

Smart Business Source
1940 Northwood Dr.
Troy, MI 48084

Lock America
9168 Stellar Court
Corona, CA 92883

Telegration
PO Box 3010
Birmingham, MI 48012-3010