Fill in this information to identify the case and this filing:

Debtor Name ___TG Manufacturing, LLC___

United States Bankruptcy Court for the: ___Western___    District of ___MI___
(State)

Case number (if known): ___22-00302-jtg___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/21/2022__        X _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

___Kevin Kyle___
Printed name

___President___
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name ___TG Manufacturing, LLC___

United States Bankruptcy Court for the: ___Western___    District of ___MI___
(State)

Case number (if known): ___22-00302-jtg___

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ | $ __0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... | $ _1,358,500_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ | $ _1,358,500_

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........................................ | $ _6,167,835.92_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................... | $ _149,420.35_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ | + $ _279,921.04_

4. **Total liabilities**.....................................................................................................................
   Lines 2 + 3a + 3b | $ _6,597,177.31_

**Fill in this information to identify the case:**

Debtor name ___TG Manufacturing, LLC___

United States Bankruptcy Court for the:___Western___  District of ___MI___
(State)

Case number (If known): ___22-00302-jtg___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor    TG Manufacturing, LLC
          Name                                                    Case number (if known)  22-00302-jtg

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____

8.2. _____                                $_____

                                                                                        $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                       $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                      Current value of debtor's
                                                                      interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→       $_____
                         face amount   doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........→        $_____
                         face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.               $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                                 Valuation method        Current value of debtor's
                                                 used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____

14.2. _____     _____        $_____

                                                      _____        $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture**

Name of entity:                                       % of ownership:

15.1. _____     _____%          _____    $_____

15.2. _____     _____%          _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1**

Describe:

16.1. _____     _____        $_____

16.2. _____     _____        $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                  $_____

---

Debtor ___TG Manufacturing, LLC_____ Case number *(if known)* __22-00302-jtg__
     Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | 02/28/2022 MM / DD / YYYY | $ | FMV | $ 35,000.00 |
| 20. Work in progress | MM / DD / YYYY | $ | | $ |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $ | | $ |
| 22. Other inventory or supplies | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                    $__35,000.00____

24. Is any of the property listed in Part 5 perishable?
    ☒ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☒ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ |

Debtor ___TG Manufacturing, LLC_____      Case number *(if known)*___22-00302-jtg_____
          Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | FMV | $ 2,500.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | FMV | $ 1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |
| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $ 3,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  TG Manufacturing, LLC
    Name

Case number (if known)  22-00302-jtg

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment/Machinery | $ | FMV | $ 1,500,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,500,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **TG Manufacturing, LLC**
          Name

Case number (if known) **22-00302-jtg**

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 172nd Ave, Grand Haven, MI | Leashold/Lessee | | | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| **61. Internet domain names and websites** | | | |
| TG-Manufacturing.com | $ | FMV | $ 0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| | $ | | $ |
| **65. Goodwill** | | | |
| | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor ___TG Manufacturing, LLC_____    Case number (if known)___22-00302-jtg_____
                Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ = ➜ $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   TG Manufacturing, LLC
_____
         Name

Case number (if known)   22-00302-jtg
_____

### Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 35,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 1,500,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. .............................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.....................91a. | $ 1,538,500 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................   $ 1,538,500

Fill in this information to identify the case:

Debtor name ___TG Manufacturing, LLC___

United States Bankruptcy Court for the: ___Western___  District of ___MI___
                                                                    (State)

Case number (If known): ___22-00302-jtg___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Bank of America | Describe debtor's property that is subject to a lien<br>All Assets | $ 6,167,837.92 | $ 1,538,500.00 |

**2.1**  Creditor's name

Bank of America

Creditor's mailing address

250 Monroe NW, Suite 550
Grand Rapids, MI 49503

Creditor's email address, if known
_____

Date debt was incurred  __4/18/2019__
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
      See Attached

Describe debtor's property that is subject to a lien
All Assets
_____
_____

Describe the lien
UCC Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
      ☐ No. Specify each creditor, including this creditor, and its relative priority.
            _____
      ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

| | |
|---|---|
| | $_____ |
| | $_____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    TG Manufacturing, LLC
          Name                                        Case number (if known)    22-00302-jtg

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.__** **Creditor's name**

CT Corporation System

**Creditor's mailing address**

40600 Ann Arbor Rd E, Suite 201
Plymouth, Michigan 48170

**Creditor's email address, if known**

_____

Date debt was incurred    4/19/2021
**Last 4 digits of account number**    __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

_____
_____    $_____    $_____
_____
_____

**Describe the lien**
UCC
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.__** **Creditor's name**

Automatic Spring Products Corporation

**Creditor's mailing address**

803 Taylor St
Grand Haven, MI 49417

**Creditor's email address, if known**

_____

Date debt was incurred    10/15/2021
**Last 4 digits of account number**    __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____    $_____    $_____
_____
_____

**Describe the lien**
UCC
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor    TG Manufacturing, LLC
          Name

Case number (if known)    22-00302-jtg

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

Ultimate Gaging Systems, Inc.

**Creditor's mailing address**

55 Campau Ave NW, Suite 300
Grand Rapids, Michigan 49503

**Creditor's email address, if known**

_____

Date debt was incurred    12/27/2021
**Last 4 digits of account
number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

See UCC Lien Attached
_____
_____

**Describe the lien**    UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ Unknown    $_____

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____
**Last 4 digits of account
number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

Debtor _____
       Name

Case number (if known)_____

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

## SCHEDULE D: CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY

Creditor 2.1 – Other Creditors with priority in the following order:

First Priority: Bank of America

Second Priority: CT Corporation System

Third Priority: Automatic Spring Products Corporation

Fourth Priority:  Ultimate Gaging Systems, Inc

Fill in this information to identify the case:

Debtor      TG Manufacturing, LLC

United States Bankruptcy Court for the:  Western   District of  MI
                                                            (State)

Case number    22-00302-jtg
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Kentwood
4900 Breton Rd SE, PO Box 8848
Grand Rapids, MI 49508

As of the petition filing date, the claim is:  $  8,952.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount  $  8,952.27

The property tax is believed to have been assessed from the last 1 year.

Date or dates debt was incurred
Tax Year 2021/2022

Basis for the claim:
Personal Property Tax Assessment

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )( B )

**2.2** Priority creditor's name and mailing address
Dorr Township
4196 18th Street
Dorr, Michigan 49323

As of the petition filing date, the claim is:  $  8,599.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount  $  8,599.46

Date or dates debt was incurred
Tax Year 2021/2022

Basis for the claim:
Personal Property Tax

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( (8) )( B )

**2.3** Priority creditor's name and mailing address
Grand Haven Township
11300 168th Ave
Grand Haven, MI 49412

As of the petition filing date, the claim is:  $  47,294.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount  $  47,294.30

Date or dates debt was incurred
Tax Year 2021/2022

Basis for the claim:
Personal Property Tax

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( (8) )( B )

Debtor    TG Manufacturing, LLC
          _____
          Name

Case number (if known)    22-00302-jtg
                          _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

2.__ Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51863.77          $ 51,863.77

$4,000.00           $4,000.00

United State of America
Internal Revenue Service
_____
_____

Date or dates debt was incurred
2021

Basis for the claim:
Unpaid Taxes

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2.__ Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,761.38          $ 6,761.38

Allegan County Treasurer
113 Chestnut Street
Allegan, Michigan 49010

Date or dates debt was incurred
_____

Basis for the claim:
Personal property tax

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2.__ Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,704.00          $ 2,704.00

Mississippi State Tax Commission
PO Box 23075
Jackson, Michigan 39225-3075

Date or dates debt was incurred
2021

Basis for the claim:
Sales Tax

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2.__ Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ 19,245.17          $ 19,245.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Ottawa County Treasurer
12270 Fillmore St #155
West Olive, Michigan
49460

Date or dates debt was incurred
2021/2022

Basis for the claim:
Personal property tax

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

Debtor    TG Manufacturing, LLC                    Case number (if known)  22-00302-jtg
          Name

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Companion Life
PO Box 6007
Newark, NJ 07101-8052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,182.56

Basis for the claim: Life Insurance Premiums

Date or dates debt was incurred    2021 - 2022
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

616 Marketing Group, LLC
6743 Courland Dr NE, #200
Rockford, Michigan 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,080.00

Basis for the claim: Vendor Marketing

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

AJ Oster, LLC & Alumet
PO Box 823200
Philadelphia, PA 19182-3200

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,959.75

Basis for the claim: Vendor

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Absopure Water CO
Dept 992677
PO Box 701760
Plymouth, MI 48170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.34

Basis for the claim: Ventor

Date or dates debt was incurred    2021-2022
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Accurate REfinishing Serv
3361 Leonard NW
Grand Rapids, Michigan 49534-3668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.28

Basis for the claim: Vendor

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Advane Plating & Finishing
840 Coatta Grove SE
Grand Rapids, MI 49507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,812.42

Basis for the claim: Vendor

Date or dates debt was incurred    2022
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    TG Manufacturing, LLC
          Name

Case number (if known)    22-00302-jtg

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___** Nonpriority creditor's name and mailing address

AFI Industrials
475 Kehoe Blvd
Carol Stream, IL 60188

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2021

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,290.02

**3.___** Nonpriority creditor's name and mailing address

Airgas
2828 28th Street
Grandville, Michigan 49416

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2021/2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,504.52

**3.___** Nonpriority creditor's name and mailing address

Aladdin Steel, Inc.
PO Box 89
Gillespie, IL 62033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2021

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,497.58

**3.___** Nonpriority creditor's name and mailing address

All Integrated Solutions
5075 Clay Avenue
Grand Rapids, Michigan 49548

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2021

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 31,735.18

**3.___** Nonpriority creditor's name and mailing address

All-Phase MI Division
PO Box 310660
Des Moines-, IA 50331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2021

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,144.26

Debtor  TG Manufacturing, LLC
        _____
        Name

Case number (if known)  22-00302-jtg

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ALTA Equpment Co.
25538 Betwork Place
Chicago, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2022

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,835.83

**3.2** Nonpriority creditor's name and mailing address

American Financial Tax Collection
10333 N. Meridian St STE 270
Indianapolis, IN 46290

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2022

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,123.26

**3.3** Nonpriority creditor's name and mailing address

American System Register, LLC
5281 Clyde Park Ave SW, Suite 1
Wyoming, Michigan 49512

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,186.66

**3.4** Nonpriority creditor's name and mailing address

ARCO Steel Co
4320 Winfield Rd, Ste 540
Warrenville, IL 60555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2021

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,799.30

**3.5** Nonpriority creditor's name and mailing address

APF Properties
840 Cottage Grove SE
Grand Rapids, MI 49507

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2022

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,596.92

**3.6** Nonpriority creditor's name and mailing address

Arctic Clear Water
PO Box 149
Burnips, Michigan 49314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  2021

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 26.95

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302-jtg |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

Ascentium Capital
PO Box 11407
Birmingham, AL 35246

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 12,329.33

**Basis for the claim:** Loan Arrears

**Date or dates debt was incurred** 2021
**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

ASP Plating Co
211 N. Griffin
Grand Haven, MI 49417

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.00

**Basis for the claim:** _____

**Date or dates debt was incurred** 2021
**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

AT&T
PO Box 5014
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.83

**Basis for the claim:** _____

**Date or dates debt was incurred** 2021
**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,226.87

**Basis for the claim:** Utility

**Date or dates debt was incurred** 2022
**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

AXSYS Inc
29627 W Tech Drive
Wixom, MI 48393

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,888.00

**Basis for the claim:** Vendor

**Date or dates debt was incurred** 2021
**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    TG Manufacturing, LLC
      Name

Case number (if known) 22-00302-jtg

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                           Amount of claim

**3.1** Nonpriority creditor's name and mailing address
AZZ Metal Coatings
7825 South Home Stead Drive,
Hamilton, IN 46742

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 11,164.38

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Bearing Services
12320 Colube Street
Livonia, MI 48150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 9,142.15

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Beaver Research CO
3700 E. Kilgore Rd
Portage, Michigan 49002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,074.92

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Bergman Lock & Security
80 E. Lincoln
Muskegon, MI 49444

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 253.60

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Bravo Systems, Inc.
300 Ed Boet Drive
Battle Creek, MI 49037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 3,442.84

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Bravo Systems, Inc.
300 Ed Leboet Drive
Battle Creek, Michigan 49037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 114.82

Date or dates debt was incurred    2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    TG Manufacturing, LLC
          Name                                          Case number (if known)  22-00302-jtg

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___  Nonpriority creditor's name and mailing address

Cardinal Machinery
1329 Potrero Avenue
South Elmonte, CA 91733

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
    disputed

$ 545.00

Basis for the claim: _____

Date or dates debt was incurred    2021/2022
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

Central Steel & Wire
PO Box 7344082
Chicago, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,330.00

Basis for the claim: __Vendor__

Date or dates debt was incurred    2021
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

Certa Site, LLC
4303 40th Street SE
Grand Rapids, Michigan 49512

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 530.31

Basis for the claim: _____

Date or dates debt was incurred    2021
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

Certified Scales
4370 Chicago Drive Ste B
Grandville, Michigan 49418-1508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.00

Basis for the claim: __Vendor__

Date or dates debt was incurred    2021
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

Circle Logistics, Inc.
PO Box 8067
Ft. Wayne, IN 46898

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,400.00

Basis for the claim: __Vendor__

Date or dates debt was incurred    2021/2022
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    TG Manufacturing, LLC
　　　　Name

Case number (if known)   22-00302-jtg

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

CNA
PO Box 790094
Saint Louis, MO 63179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,089.64

Basis for the claim: _____

Date or dates debt was incurred   2021
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Coastal Curtains
1201 Industrial Ave
Holland, MI 49423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 458.66

Basis for the claim: _____

Date or dates debt was incurred   2021
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Comcast Business
PO Box 70219
Philadelphia, PA 19176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,494.20

Basis for the claim: Vendor

Date or dates debt was incurred   2021
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Consumers Energy
Payment Center
PO Box 740309
Cincinnati, OH 45274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39,004.08

Basis for the claim: Vendor

Date or dates debt was incurred   2022
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Cooper & Brass Sales
172090 E 10 Mile Ste 250
Eastpointe, MI 48021-3349

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,062.09

Basis for the claim: Vendor

Date or dates debt was incurred   2021
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Corsporate Creations Int
801 US Highway 1
North Palm Beach, FL 33408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.00

Basis for the claim: Vendor

Date or dates debt was incurred   2022
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302-jtg |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

Coyote Logistics, LLC
PO Box 742636
Atlanta, GA 30374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Vendor

Date or dates debt was incurred        2021

Last 4 digits of account number     ＿ ＿ ＿ ＿

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,266.91

---

3.___ **Nonpriority creditor's name and mailing address**

Crane Worldwide
PO Box 844174
Dallas, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   vendor

Date or dates debt was incurred        2021

Last 4 digits of account number     ＿ ＿ ＿ ＿

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,500.00

---

3.___ **Nonpriority creditor's name and mailing address**

Cuttin Up
188 CR 1562
Tupelo, MS 38804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number     ＿ ＿ ＿ ＿

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,125.00

---

3.___ **Nonpriority creditor's name and mailing address**

Delta Material
1984 McCullough Blvd
Tupelo, MS 38801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Date or dates debt was incurred        2021

Last 4 digits of account number     ＿ ＿ ＿ ＿

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,118.00

---

3.___ **Nonpriority creditor's name and mailing address**

Deluxe
PO Box 4656
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Date or dates debt was incurred        2021

Last 4 digits of account number     ＿ ＿ ＿ ＿

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,154.22

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 10 of 12

Debtor    TG Manufacturing, LLC
　　　　　 Name

Case number (if known)    22-00302-jtg

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

DET Energy
PO Box 740786
Cincinnati, OH 45274-0786

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility

$  2,644.36

Date or dates debt was incurred    2022

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Steven Rayman
CBH Attorneys
25 Division Ave S #500
Grand Rapids, Michigan 49503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$  Unknown

Date or dates debt was incurred    3/2/2022 - 3/14/2022

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____    Case number (if known)_____
                Name

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 149,420.35 |
| 5b. **Total claims from Part 2** | 5b. + | $ 279,921.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 429,341.39 |

Fill in this information to identify the case:

Debtor name ___TG Manufacturing, LLC___

United States Bankruptcy Court for the:___Western___   District of ___MI___
(State)

Case number (if known): ___22-00302-jtg___   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease Agreement Debtor is Lessee | Property Address: 14324 172nd Street, Grand Haven, Michigan 49417. Landlord is Ronal Duthler. Eviction possession judgment and order of eviction granted. Ronalth Duthler v TG Manufacturings, 22-068402-LT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease Agreement Debtor is Lessee | 1233 South Veterans Blvd., Tupelo, MS 38804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name ___ TG Manufacturing, LLC

United States Bankruptcy Court for the: Western _____ District of __MI__
                                                                    (State)

Case number (if known): ___ 22-00302-jtg ___

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 TG Turnkey, LLC | 739 Cottage Grove SE<br>Street Grand Rapids, Michigan 49507<br><br>City        State        ZIP Code | Bank of America | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 TGM Coatings, LLC | 1840 142nd Ave<br>Street Dorr, Michigan 49323<br><br>City        State        ZIP Code | Bank of America | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |