**Fill in this information to identify the case:**

Debtor name **TG Manufacturing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **22-00302**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **A/B-H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2022**          X **/s/ Kevin Kyle**
                                          Signature of individual signing on behalf of debtor

                                          **Kevin Kyle**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **TG Manufacturing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **22-00302**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. Real property:
      Copy line 88 from *Schedule A/B*..................................................................... $    **0.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................ $    **1,603,830.00**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................. $    **1,603,830.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **6,220,525.28**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **164,560.07**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$    **3,874,342.87**

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b                         $    **10,259,428.22**

**Fill in this information to identify the case:**

Debtor name: **TG Manufacturing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **22-00302**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |

Debtor    **TG Manufacturing, LLC**
Name

Case number *(If known)* **22-00302**

| Raw Materials | | $72,100.00 | FMV | $72,100.00 |
|---|---|---|---|---|

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$72,100.00

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture** | $3,000.00 | FMV | $3,000.00 |
| 40. **Office fixtures** **Office fixtures** | $3,730.00 | FMV | $3,730.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment/Software** | $25,000.00 | FMV | $25,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$31,730.00

Debtor    **TG Manufacturing, LLC**                          Case number *(If known)*  **22-00302**
_____Name_____

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 International Prostar Tractor &<br>2014 International Prostar Tractor<br>*Leased** | **$0.00** | | **$0.00** |
| 47.2.  **Debtor may own 6 vehicles. Debtor is<br>reviewing its records.** | **$0.00** | | **$0.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Machinery & Equipment<br>(See Attached)** | **$2,958,965.00** | **FMV** | **$1,500,000.00** |
|---|---|---|---|

| 51.  **Total of Part 8.** | | **$1,500,000.00** |
|---|---|---|
| Add lines 47 through 50.  Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **TG Manufacturing, LLC**                                    Case number *(If known)*  **22-00302**
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Leasehold Improvements | | $5,501.00 | FMV | $0.00 |

56. **Total of Part 9.**                                                    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    Internet domain names and websites tg-manufacturing.com | $0.00 | FMV | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    Other intangibles, or intellectual property Start up expense | $144,756.00 | FMV | $0.00 |
|         Organizational Costs | $18,751.00 | FMV | $0.00 |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**                                                    $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **TG Manufacturing, LLC**
_____    Case number *(If known)*  **22-00302**
Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**TG Manufacturing, LLC v Dematic Corp**<br>**Case No. 21-02544-CBB**<br>**Nature of claim**    **Breach of Contract**<br>**Amount requested**    **$0.00** | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TG Manufacturing, LLC** | Case number *(If known)* **22-00302** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $72,100.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,730.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,603,830.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,603,830.00 |

**Fill in this information to identify the case:**

Debtor name **TG Manufacturing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **22-00302**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Automatic Spring Products**
Creditor's Name

| | | $0.00 | $0.00 |
|---|---|---|---|

**803 Taylor Avenue**
**Grand Haven, MI 49417**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Tool picked up January 2021**

Creditor's email address, if known

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**2021-**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.2 Bank of America**
Creditor's Name

| | | $5,111,918.81 | $5,000,000.00 |
|---|---|---|---|

**2600 West Big Beaver Road**
**Troy, MI 48084**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**dlerner@plunkettcooney.com**
Creditor's email address, if known

**Describe the lien**
**UCC Financing Statement- Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**2019-**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **TG Manufacturing, LLC**                                    Case number (if known)    **22-00302**
_____
Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America** | **Describe debtor's property that is subject to a lien** | | **$1,108,606.47** | **$5,000,000.00** |
| | Creditor's Name | **All Assets** | | | |

**2600 West Big Beaver Road**
**Troy, MI 48084**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement- Term Loan**
**Is the creditor an insider or related party?**

**dlerner@plunkettcooney.com**
Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-**
Last 4 digits of account number

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dematic Corp.** | **Describe debtor's property that is subject to a lien** | | **$0.00** | **$0.00** |
| | Creditor's Name | **Tooling** | | | |

**507 Plymouth Ave NE**
**Grand Rapids, MI 49505**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/2022-**
Last 4 digits of account number

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **Ultimate Gaging Systems** | **Describe debtor's property that is subject to a lien** | | **$0.00** | **$0.00** |
| | Creditor's Name | **Unknown** | | | |

**555 Plymouth Ave NE**
**Grand Rapids, MI 49505**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

---

Debtor  **TG Manufacturing, LLC**
_____
Name

Case number (if known)  **22-00302**
_____

**Date debt was incurred**

**12/2021-**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $6,220,525.28 |
| --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **17th Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line  **2.2** | |
| **17th Circuit Court**<br>**Case No. 21-02544-CBB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line  **2.4** | |
| **17th Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line  **2.3** | |
| **David L. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line  **2.2** | |
| **David L. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line  **2.3** | |
| **David W. Centner, Esq.**<br>**Clark Hill PLC**<br>**200 Ottawa Ave NW**<br>**Suite 500**<br>**Grand Rapids, MI 49503** | Line  **2.4** | |
| **Peter D. Cronk, Esq.**<br>**Plunkett Cooney**<br>**101 N. Washington Square**<br>**Suite 1200**<br>**Lansing, MI 48933** | Line  **2.2** | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **TG Manufacturing, LLC**
_____
Name

Case number (if known)    **22-00302**
_____

Peter D. Cronk, Esq.
Plunkett Cooney
101 N. Washington Square
Suite 1200
Lansing, MI 48933

Line    2.3

Stephen B. Grow, Esq.
Warner Norcross & Judd LLP
150 Ottawa Ave NW
Suite 150
Grand Rapids, MI 49503

Line    2.4

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **TG Manufacturing, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **22-00302**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Allegan County Treasurer**<br>**113 Chestnut St.**<br>**Allegan, MI 49010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,318.78** | **$6,318.78** |
| Date or dates debt was incurred<br>**2019-** | Basis for the claim:<br>**Personal Property Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Kentwood**<br>**PO Box 8848**<br>**Grand Rapids, MI 49512** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,695.64** | **$0.00** |
| Date or dates debt was incurred<br>**Winter 2021** | Basis for the claim:<br>**Personal Property Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                49734                Best Case Bankruptcy

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,749.70** | **$0.00** |
|---|---|---|---|---|

**Dorr Township**
**4196 18th Street**
**Dorr, MI 49323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Winter 2021**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,930.39** | **$0.00** |
|---|---|---|---|---|

**Dorr Township**
**4196 18th Street**
**Dorr, MI 49323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Summer 2021**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$711.05** | **$0.00** |
|---|---|---|---|---|

**Dorr Township**
**4196 18th Street**
**Dorr, MI 49323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Winter 2021**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$47,294.30** | **$0.00** |
|---|---|---|---|---|

**Grand Haven Township**
**11300 168th Ave**
**Grand Haven, MI 49417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,863.77 | $51,863.77 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,691.38 | $0.00 |
|---|---|---|---|---|
| | **Lee County Tax Collector**<br>**201 W. Jefferson St. #B**<br>**Tupelo, MS 38804** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,704.00 | $2,704.00 |
|---|---|---|---|---|
| | **Mississippi State Tax Comm.**<br>**PO Box 23075**<br>**Jackson, MS 39225** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,245.17 | $19,245.17 |
|---|---|---|---|---|
| | **Ottawa County Treasurer**<br>**12270 Fillmore Street #155**<br>**West Olive, MI 49460** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**Personal Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **TG Manufacturing, LLC**
Name

Case number (if known)    **22-00302**

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,226.85 | $18,226.85 |
|------|-------|-------|-------|-------|

**2.11**

**Ottawa County Treasurer**
**12270 Fillmore Street #155**
**West Olive, MI 49460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,226.85    $18,226.85**

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12**

**State of Michigan**
**Dept. of Treasury**
**PO Box 30754**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$102.00    $102.00**

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13**

**State of Mississippi**
**Dept. of Treasury**
**PO Box 1033**
**Jackson, MS 39215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27.04    $27.04**

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

**616 Marketing Group, LLC**
**6743 Courtland Drive NE #200**
**Rockford, MI 49341**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,080.00**

Date(s) debt was incurred    **2021-**

Last 4 digits of account number

Basis for the claim:    **Services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2**

**Absopure Water Company**
**PO Box 701760**
**Plymouth, MI 48170**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$171.22**

Date(s) debt was incurred    **2021-**

Last 4 digits of account number

Basis for the claim:    **Supplier**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **TG Manufacturing, LLC**
Name

Case number (if known)    **22-00302**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.28 |
|---|---|---|---|

**Accurate Refinishing Services**
**3361 Leonard NW**
**Grand Rapids, MI 49534**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,812.42 |
|---|---|---|---|

**Advance Plating & Finishing**
**840 Coatta Grove SE**
**Grand Rapids, MI 49507**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,610.42 |
|---|---|---|---|

**Aero-Space**
**9270 Bryant Ave S**
**Minneapolis, MN 55420**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,290.00 |
|---|---|---|---|

**AFI Industries**
**475 Kehoe Blvd**
**Carol Stream, IL 60188**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,504.52 |
|---|---|---|---|

**Airgas**
**2828 28th Street SW**
**Grandville, MI 49418**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,959.75 |
|---|---|---|---|

**AJ Oster, LLC & Alumet**
**PO Box 833200**
**Philadelphia, PA 19182**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,174.67 |
|---|---|---|---|

**Ajacs Die Sales Corp.**
**4625 Clay Avenue SW**
**Grand Rapids, MI 49548**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302 |
|---|---|---|---|
| | Name | | |

**3.10**

Nonpriority creditor's name and mailing address

**Aladdin Steel, Inc.**
**PO Box 89**
**Gillespie, IL 62033**

Date(s) debt was incurred __2021-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.58**

---

**3.11**

Nonpriority creditor's name and mailing address

**All Integrated Solutions**
**5075 Clay Avenue**
**Grand Rapids, MI 49548**

Date(s) debt was incurred __2021-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$31,735.18**

---

**3.12**

Nonpriority creditor's name and mailing address

**All-Phase MI Division**
**PO Box 310660**
**Des Moines, IA 50331**

Date(s) debt was incurred __2021-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,144.26**

---

**3.13**

Nonpriority creditor's name and mailing address

**ALTA Equipment Co.**
**25538 Betworth Place**
**Chicago, IL 60673**

Date(s) debt was incurred __2022-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$10,835.83**

---

**3.14**

Nonpriority creditor's name and mailing address

**American Financial**
**Tax Collection**
**10333 N. Meridian St #270**
**Indianapolis, IN 46290**

Date(s) debt was incurred __2022-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,123.26**

---

**3.15**

Nonpriority creditor's name and mailing address

**American System Register, LLC**
**5281 Clyde Park Ave SW #1**
**Grand Rapids, MI 49512**

Date(s) debt was incurred __2021-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,186.66**

---

**3.16**

Nonpriority creditor's name and mailing address

**Anco Steel Company**
**4320 Winfield Road**
**Suite 540**
**Warrenville, IL 60555**

Date(s) debt was incurred __2021-__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,799.30**

---

Debtor **TG Manufacturing, LLC**
_____
Name

Case number (if known)    **22-00302**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Anlaan Corporation**
**16750 Lincoln Street**
**Grand Haven, MI 49417**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Lawsuit Case No. 21-06699-CB**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,596.92 |
|---|---|---|---|

**APF Properties**
**840 Cottage Grove SE**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-**

Last 4 digits of account number ___

Basis for the claim: **Costs**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,799.30 |
|---|---|---|---|

**ARCO Steel Co.**
**4320 Winfield Road #540**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.95 |
|---|---|---|---|

**Arctic Clear Water**
**PO Box 149**
**Burnips, MI 49314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $12,329.33 |
|---|---|---|---|

**Ascentium Capital, LLC**
**23970 Hwy 59N**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ASP Plating Co.**
**211 N. Griffin**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.83 |
|---|---|---|---|

**AT&T**
**PO Box 5014**
**Streamwood, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **TG Manufacturing, LLC**                    Case number (if known)    **22-00302**
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.87 |
|---|---|---|---|

**Atmos Energy**
**PO Box 790311**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022-**

**Basis for the claim:  Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,888.00 |
|---|---|---|---|

**AXSYS, Inc.**
**29627 W. Tech Drive**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,164.38 |
|---|---|---|---|

**AZZ Metal Coatings**
**7825 South Home Stead Drive**
**Hamilton, IN 46742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.98 |
|---|---|---|---|

**B&L Bolt**
**760 32nd Street SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,142.15 |
|---|---|---|---|

**Bearing Services**
**12320 Colube Street**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,074.92 |
|---|---|---|---|

**Beaver Research Co.**
**3700 E. Kilgore Road**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,505,845.78 |
|---|---|---|---|

**Benteler Automotive Corp.**
**c/o Michael Dallaire, Esq.**
**Dickinson Wright PLLC**
**500 Woodward Ave #4000**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Lawsuit Case No. 21-00482-CBB**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **TG Manufacturing, LLC**
Name
Case number (if known) **22-00302**

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.60 |
|---|---|---|---|

**Bergman Lock & Security**
**80 E. Lincoln**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,376.73 |
|---|---|---|---|

**Beta Steel**
**c/o David L. Baatenburg, Esq.**
**979 Spaulding Ave SE**
**Suite B**
**Ada, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Lawsuit Case No. 21-5225-GC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,924.52 |
|---|---|---|---|

**Bisco Industries**
**PO Box 68062**
**Anaheim, CA 92817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Black Gold Transport, Inc.**
**4110 26th Street**
**Dorr, MI 49323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.00 |
|---|---|---|---|

**Bolt Bin**
**11331 3rd Avenue NW**
**Grand Rapids, MI 49534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,098.80 |
|---|---|---|---|

**Borgia Die & Engineering Inc.**
**14750 Raymer Circle**
**Marne, MI 49435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,442.84 |
|---|---|---|---|

**Bravo Systems, Inc.**
**300 Ed Boet Drive**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302 |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Bravo Systems, Inc.**
**300 Ed Boet Drive**
**Battle Creek, MI 49037**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Services**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$114.82**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Bursma Distributing**
**4727 Clyde Park Ave SW**
**Wyoming, MI 49509**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$2,386.80**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Cardinal Machinery**
**1329 Potrero Avenue**
**South El Monte, CA 91733**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$545.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Central Steel & Wire**
**PO Box 7344082**
**Chicago, IL 60673**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$8,330.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Certa Site, LLC**
**4303 40th Street SE**
**Grand Rapids, MI 49512**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$530.31**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Certified Scales**
**4370 Chicago Drive, Ste. B**
**Grandville, MI 49418**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$125.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**CH Robinson Worldwide**
**c/o Timothy W. Fafinski**
**3411 Brei Kessel Road**
**Maple Plain, MN 55359**

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Collection Attorney- Notice Only**

**Is the claim subject to offset?** ■ **No** ☐ **Yes**

**$0.00**

---

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,040.89**

**ChemQuest, Inc.**
**c/o Velo Law**
**1750 Leonard Street NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

Basis for the claim: **Collection Attorney**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,500.00**

**Circle Logistics, Inc.**
**PO Box 8067**
**Fort Wayne, IN 46898**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,089.64**

**CNA**
**PO Box 790094**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.66**

**Coastal Containers**
**1201 Industrial Ave**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,494.20**

**Comcast Business**
**PO Box 70219**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Services**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,182.56**

**Companion Life**
**PO Box 6007**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Life insurance premiums**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,004.08**

**Consumers Energy**
**PO Box 74309**
**Cincinnati, OH 45274-0309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Services**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | TG Manufacturing, LLC | | Case number (if known) | 22-00302 |
|---|---|---|---|---|
| | Name | | | |

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Cooper & Brass Sales**
**172090 E. 10 Mile**
**Suite 250**
**Eastpointe, MI 48021**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,062.09**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Corporate Creations Int.**
**801 US Highway 1**
**North Palm Beach, FL 33408**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$160.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Coyote Logistics, LLC**
**PO Box 742636**
**Atlanta, GA 30374**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$9,266.91**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Crane Worldwide**
**PO Box 844174**
**Dallas, TX 75284**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,500.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Cuttin Up**
**188 CR 1562**
**Tupelo, MS 38804**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,125.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Dake Corporation**
**1809 Industrial Drive**
**Grand Haven, MI 49417**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,223.75**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Delta Material**
**1984 McCullough Blvd**
**Tupelo, MS 38801**

**Date(s) debt was incurred** **2021-**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?** ■ No ☐ Yes

**$3,118.00**

---

| Debtor | **TG Manufacturing, LLC** | | Case number (if known) | **22-00302** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,154.22** |
|---|---|---|---|

**Deluxe**
**PO Box 4656**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,066.70** |
|---|---|---|---|

**Digi-Key Electronics**
**701 Brooks Ave S**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,760.00** |
|---|---|---|---|

**Discount Pallets**
**4580 Airwest Drive SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,644.36** |
|---|---|---|---|

**DTE Energy**
**PO Box 740786**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Services**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,350.30** |
|---|---|---|---|

**Dubois Production Services**
**30 N. Park Street NW**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duthler Properties, LLC**
**c/o Ronald Duthler**
**5645 Lakeshore Drive**
**Holland, MI 49424**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **2022-**

**Basis for the claim:** **Lawsuit Case No. 22-068402-LT**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,866.02** |
|---|---|---|---|

**E Mation Controls**
**3883 Clay Ave SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021-**

**Basis for the claim:** **Supplier**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | TG Manufacturing, LLC | | Case number (if known) | 22-00302 |
|---|---|---|---|---|
| | Name | | | |

**3.66**

Nonpriority creditor's name and mailing address
ECI Jobboss
c/o Timothy Baxter, Esq.
PO Box 2669
Farmington, MI 48333

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Attorney**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,031.21**

---

**3.67**

Nonpriority creditor's name and mailing address
Electro-Media
16681 148th Ave
Spring Lake, MI 49456

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$515.79**

---

**3.68**

Nonpriority creditor's name and mailing address
Elite Stainless Steel Inc.
24560 Groesbeck Hwy
Warren, MI 48089

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,754.00**

---

**3.69**

Nonpriority creditor's name and mailing address
Envirosure Solutions
c/o Timothy Baxter, Esq.
PO Box 2669
Farmington, MI 48333

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Attorney**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,700.00**

---

**3.70**

Nonpriority creditor's name and mailing address
Ericsons Incorporated
2217 Lake Ave
North Muskegon, MI 49445

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,000.00**

---

**3.71**

Nonpriority creditor's name and mailing address
FABX Industries, Inc.
c/o David Baatenburg, Esq.
979 Spaulding Ave SE
Suite B
Ada, MI 49301

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit Case No. 21-11705-CBB**

Is the claim subject to offset? ☑ No ☐ Yes

**$46,505.92**

---

**3.72**

Nonpriority creditor's name and mailing address
Falcon Metals & Supply
1597 AL-150
Bessemer, AL 35022

Date(s) debt was incurred  2021-

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,286.97**

---

| Debtor | **TG Manufacturing, LLC** | | Case number (if known) | **22-00302** |
|---|---|---|---|---|

Name

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,995.00** |
|---|---|---|---|

**FAS Plastic Enterprises**
**c/o Robert L. Barlow, II**
**508 East Main Street**
**Madison, IN 47250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Lawsuit Cause No. 39D01-2104-CC-00297__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,997.84** |
|---|---|---|---|

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Supplier__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,536.40** |
|---|---|---|---|

**Fenner Precision Polymers US**
**250 South Penn Street**
**Manheim, PA 17545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Supplier__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.16** |
|---|---|---|---|

**Fibers of Kalamazoo, Inc.**
**436 Willard Street #A**
**Kalamazoo, MI 49007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Supplier__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.25** |
|---|---|---|---|

**Fibers of Kalamazoo, Inc.**
**436 Willard Street #A**
**Kalamazoo, MI 49007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Supplier__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Fifth Wheel Freight, LLC**
**4460 44th Street**
**Suite D**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,423.51** |
|---|---|---|---|

**First National Bank of Omaha**
**PO Box 2818**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: __Charge Account__

Last 4 digits of account number __1583__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **TG Manufacturing, LLC**
Name

Case number (if known) **22-00302**

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**First National Bank of Omaha**<br>**PO Box 2818**<br>**Omaha, NE 68103** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$5,061.00**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number  4585** | **Basis for the claim:  Charge Account**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Fitzmark**<br>**950 Dorman Street**<br>**Indianapolis, IN 46202** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,200.00**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Fitzmark**<br>**950 Dorman Street**<br>**Indianapolis, IN 46202** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$22,647.88**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Supplier**<br><br>**Is the claim subject to offset?** ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Flier's Quality Waters Systems**<br>**7425 Clyde Park Ave SW**<br>**Byron Center, MI 49315** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$608.00**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Supplier**<br><br>**Is the claim subject to offset?** ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**GBA Supply, LLC**<br>**c/o Stillman Law Office**<br>**30057 Orchard Lake Road**<br>**Suite 200**<br>**Farmington, MI 48334** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$96,563.87**<br><br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Lawsuit Case No. 21-09807-CBB**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Gerotech, Inc.**<br>**29220 Commerce Drive**<br>**Flat Rock, MI 48134** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$9,237.91**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Giffon Steel Corporation**<br>**1561 E. Highway**<br>**Pontiac, MI 48340** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$7,200.00**<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** |
| | **Date(s) debt was incurred  2021-**<br>**Last 4 digits of account number** | **Basis for the claim:  Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes |

Debtor **TG Manufacturing, LLC**                Case number (if known) **22-00302**

Name

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,982.89
---|---|---|---

**Good Metals, Inc.**
**440 32nd Street SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,478.00**

**Goshen Stamping**
**1025 S. 10th Street**
**Goshen, IN 46526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.00**

**GR Metrology**
**4215 Stafford Ave SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$826.78**

**Grainger**
**Dept. 803639590**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,004.97**

**Gray Brothers Stamping and**
**Machine, Inc.**
**c/o Haas Caywood PC**
**122 S. Monroe St #1729**
**Sturgis, MI 49091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Lawsuit Case No. 21-66004-GC**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,149.93**

**Hansen Balk Streel Treating Co**
**1230 Monroe Avenue NW**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,831.79**

**Harbor Deburring & Finishing**
**1703 Eaton Drive**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **TG Manufacturing, LLC**

Case number (if known) **22-00302**

Name

---

**3.94**

**Nonpriority creditor's name and mailing address**
Hascall Steel Co.
4165 Spartan Ind. Drive SW
Grandville, MI 49418

Date(s) debt was incurred **2021-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$8,892.03**

---

**3.95**

**Nonpriority creditor's name and mailing address**
Haven Metrology
1305 Wohlert Street
PO Box 246
Angola, IN 46703

Date(s) debt was incurred **2021-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,010.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**
Health Manufacturing Company
c/o Mitchell J. Banas, Jr.
200 Delaware Avenue
Avant Building- Suite 900
Buffalo, NY 14202

Date(s) debt was incurred **2022-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential Claim- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**
Hice & Summey, Inc.
d/b/a Protective Coating Assoc
c/o Curtis Curtis Brelinski PC
PO Box 766
Jackson, MI 49204

Date(s) debt was incurred **2020-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$5,555.81**

---

**3.98**

**Nonpriority creditor's name and mailing address**
Holland Pallet Repair, Inc.
c/o Matthew Smith, Esq.
212 East Cesar E. Chavez Ave
Lansing, MI 48906

Date(s) debt was incurred **2021-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$4,228.75**

---

**3.99**

**Nonpriority creditor's name and mailing address**
Hull Lift Truck, Inc.
c/o CST, Co.
PO Box 33127
Louisville, KY 40232

Date(s) debt was incurred **2021-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$1,312.89**

---

**3.100**

**Nonpriority creditor's name and mailing address**
Industrial Metal Cleaning Corp
1165 North Gateway Blvd.
Muskegon, MI 49441

Date(s) debt was incurred **2021-**

Last 4 digits of account number **___**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,640.00**

---

| Debtor | **TG Manufacturing, LLC** | | Case number (if known) | **22-00302** |
|---|---|---|---|---|
| | Name | | | |

**3.101** Nonpriority creditor's name and mailing address

**Industrial Tool Sales Inc.**
**2865 Whitehall Road**
**Muskegon, MI 49445**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$80.60**

---

**3.102** Nonpriority creditor's name and mailing address

**Indwisco Limited**
**9010 Keele Street #1**
**Concord, ON L4K 2N2**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,580.66**

---

**3.103** Nonpriority creditor's name and mailing address

**Integrated Inspection, LLC**
**1445 Waverly Ave**
**Grand Haven, MI 49417**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.104** Nonpriority creditor's name and mailing address

**Interstate Plastics**
**PO Box 398094**
**San Francisco, CA 94139**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,941.00**

---

**3.105** Nonpriority creditor's name and mailing address

**JHP Fasteners, Inc.**
**3721 Northridge Drive NW**
**Grand Rapids, MI 49544**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$6,538.88**

---

**3.106** Nonpriority creditor's name and mailing address

**JMS Metal Corporation**
**c/o NCS Collection Services**
**729 Miner Road**
**Cleveland, OH 44143**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No ☐ Yes

**$330.77**

---

**3.107** Nonpriority creditor's name and mailing address

**Joseph T. Ryerson & Son, Inc.**
**c/o David Baatenburg, Esq.**
**979 Spaulding Ave SE**
**Suite B**
**Ada, MI 49301**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit Case No. 21-09040-CBB**

Is the claim subject to offset? ■ No ☐ Yes

**$27,528.22**

---

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

**3.108** | Nonpriority creditor's name and mailing address
**King Steel Corporation**
**5225 E. Cook Road #K**
**Grand Blanc, MI 48439**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes

**$58,488.38**

**3.109** | Nonpriority creditor's name and mailing address
**KM Industrial Machinery Co.**
**6035 West D Ave**
**Kalamazoo, MI 49009**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes

**$1,327.35**

**3.110** | Nonpriority creditor's name and mailing address
**Konica Minolta Premier Finance**
**100 Williams Drive**
**Ramsey, NJ 07446**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**$6,663.91**

**3.111** | Nonpriority creditor's name and mailing address
**Lafayette Steel & Aluminum**
**PO Box 95164**
**Chicago, IL 60694**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Lawsuit Case No. 22-00377-CB**
Is the claim subject to offset? ■ No ☐ Yes

**$561,029.95**

**3.112** | Nonpriority creditor's name and mailing address
**LAMB Industrial Supply**
**174 N. 120th Ave**
**Holland, MI 49424**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes

**$2,223.80**

**3.113** | Nonpriority creditor's name and mailing address
**Leader Lights**
**5171 Plainfield Ave NE**
**Grand Rapids, MI 49525**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

**3.114** | Nonpriority creditor's name and mailing address
**Leader Lights**
**5171 Plainfield Ave NE**
**Grand Rapids, MI 49525**
Date(s) debt was incurred **2021-**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Lawsuit Case No. 21-0158-SC**
Is the claim subject to offset? ■ No ☐ Yes

**$2,942.18**

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**LMM Group**
**443 D Ave E**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$403.75**

**Machine Ethics of West MI**
**1889 SunDolphin Drive**
**Suite B**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.20**

**Mandel Metals**
**11400 Addision Ave**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422.80**

**Manufacturers Supply Company**
**4235 Corporate Exchange Drive**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.28**

**MC Machinery Systems, Inc.**
**85 NW Point Blvd.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,034.00**

**McClays Logistics**
**31201 Chicago Road S**
**Warren, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,180.15**

**McMaster-Carr**
**200 Aurora Industrial Pkwy**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TG Manufacturing, LLC** | | Case number (if known) | **22-00302** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.122** | **Nonpriority creditor's name and mailing address**
**McMaster-Carr**
**200 Aurora Industrial Pkwy**
**Aurora, OH 44202**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$122.61**

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Metal Finishing**
**2652 Hoyt Street**
**Muskegon, MI 49444**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$273.00**

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Metro Cal, Inc.**
**3631 44th Street**
**Suite B**
**Grand Rapids, MI 49512**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$858.50**

---

**3.125** | **Nonpriority creditor's name and mailing address**
**Michigan Gas Utilities**
**711 Starlite Drive**
**Benton Harbor, MI 49022**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,782.30**

---

**3.126** | **Nonpriority creditor's name and mailing address**
**Midland Plastics, Inc.**
**5405 S. Westridge Ct.**
**New Berlin, WI 53151**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$497.31**

---

**3.127** | **Nonpriority creditor's name and mailing address**
**Midwest Safety Products**
**4929 E. Paris Ave SE**
**Grand Rapids, MI 49512**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$793.28**

---

**3.128** | **Nonpriority creditor's name and mailing address**
**Miller Welding**
**505 Grandville Avenue SW**
**Grand Rapids, MI 49503**

**Date(s) debt was incurred** __2021-__
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$473.77**

---

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,407.47**

**Miller Welding**
**505 Grandville Avenue SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,035.50**

**Mohretech Industrial**
**1548 Spaulding Ave**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,762.20**

**National Kwikmetal Service**
**560 Santa Rosa Drive**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,002.43**

**NEP Electronics, Inc.**
**805 Mittel Drive**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,174.31**

**Nexair**
**15825 Leone Drive**
**Macomb, MI 48042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,408.13**

**Nolan Transportation Group**
**PO Box 931184**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$798.43**

**Noordyk Business Equipment**
**3606 Remembrance Road NW**
**Grand Rapids, MI 49534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**
Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **TG Manufacturing, LLC**
Name

Case number (if known)  **22-00302**

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,202.18 |
|---|---|---|---|

**North Coast Components, Inc.**
**3504 Highland Drive**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,365.24 |
|---|---|---|---|

**Nucor Cold Finish**
**7200 S. 6th Street**
**Oak Creek, WI 53154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,925.00 |
|---|---|---|---|

**PCO Urethane**
**2113 S. Nikolai Ave**
**Marshfield, WI 54449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,587.06 |
|---|---|---|---|

**Peak EDM, Inc.**
**28221 Beck Road**
**Unit A-2**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,474.20 |
|---|---|---|---|

**Peerless Steel**
**Dept. 77396**
**PO Box 77000**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,968.41 |
|---|---|---|---|

**Perfection Servo**
**5775 E. 10 Mile Road**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,123.23 |
|---|---|---|---|

**Phoenix Specialty Mfg Co.**
**7433 Main Hwy**
**Bamberg, SC 29003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021-__

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **TG Manufacturing, LLC** | | Case number (if known) | **22-00302** |
|---|---|---|---|---|
| | Name | | | |

**3.143**

**Nonpriority creditor's name and mailing address**
**Pioneer Metal Finishing, LLC**
**c/o David L. Baatenburg, Esq.**
**979 Spaulding Ave SE**
**Suite B**
**Ada, MI 49301**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$44,163.40**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**Praxair Distribution, Inc.**
**Dept. CH 10660**
**Palatine, IL 60055**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$20,135.47**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**Precision Custom Products, Inc**
**Dept. L-2424**
**Columbus, OH 43260**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$3,640.67**

---

**3.146**

**Nonpriority creditor's name and mailing address**
**PTSolutions**
**PO Box 670587**
**Detroit, MI 48267**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$436.27**

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Quality Tech West**
**500 Elm Street**
**Spring Lake, MI 49456**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,920.00**

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Quick Turn Anodizing, LLC**
**c/o Mallor Grodner LLP**
**511 Woodcrest Drive**
**Bloomington, IN 47401**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$11,628.11**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101**

Date(s) debt was incurred **2021-**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.46**

---

Debtor    **TG Manufacturing, LLC**                                    Case number (if known)    **22-00302**
Name

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,256.80 |
|---|---|---|---|
| | **RBK Fasteners** | ☐ Contingent | |
| | **5810 Clyde Park Ave SW** | ☐ Unliquidated | |
| | **Wyoming, MI 49509** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,763.91 |
|---|---|---|---|
| | **Recto Molded Products, Inc.** | ☐ Contingent | |
| | **4425 Appleton Street** | ☐ Unliquidated | |
| | **Cincinnati, OH 45209** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | **Lawsuit Case No. 21-11528-CBB** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,505.28 |
|---|---|---|---|
| | **Ritchie Industrial Sales Corp** | ☐ Contingent | |
| | **4343 West Columbia Avenue** | ☐ Unliquidated | |
| | **Battle Creek, MI 49015** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,446.52 |
|---|---|---|---|
| | **Ryder Transportation Services** | ☐ Contingent | |
| | **11690 NW 105th Street** | ☐ Unliquidated | |
| | **Miami, FL 33178** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,528.22 |
|---|---|---|---|
| | **Ryerson Steel** | ☐ Contingent | |
| | **24487 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,429.75 |
|---|---|---|---|
| | **Senqcia Maxo, Ltd.** | ☐ Contingent | |
| | **1245 Kennestone Circle** | ☐ Unliquidated | |
| | **Marietta, GA 30066** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.11 |
|---|---|---|---|
| | **Sherwin Williams** | ☐ Contingent | |
| | **4630 Spartan Industrial Drive** | ☐ Unliquidated | |
| | **Grandville, MI 49418** | ☐ Disputed | |
| | Date(s) debt was incurred **2021-** | Basis for the claim: **Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302 |
|---|---|---|---|
| | Name | | |

**3.157**

Nonpriority creditor's name and mailing address
Smart Business Source
c/o Hutchinson Warren & Assoc.
122 South Rawles Street
Suite 200
Romeo, MI 48065

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection Attorney

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,129.60**

**3.158**

Nonpriority creditor's name and mailing address
Southern Tool Steel LLC
2726 Kanasita Dr
Hixson, TN 37343

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,896.46**

**3.159**

Nonpriority creditor's name and mailing address
Spectrum Business
PO Box 3019
Milwaukee, WI 53201

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ■ No  ☐ Yes

**$404.94**

**3.160**

Nonpriority creditor's name and mailing address
Spectrum E-Coat
700 Wealthy Street SW
Grand Rapids, MI 49504

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?  ■ No  ☐ Yes

**$49,944.13**

**3.161**

Nonpriority creditor's name and mailing address
Springer Machining, Inc.
939 East Fulton
Grand Rapids, MI 49503

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,710.00**

**3.162**

Nonpriority creditor's name and mailing address
Standard Lifters
3096 Northridge Drive NW
Grand Rapids, MI 49544

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,422.23**

**3.163**

Nonpriority creditor's name and mailing address
Star Crane & Hoist
11340- 54th Avenue
Allendale, MI 49401

Date(s) debt was incurred  2021-
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ■ No  ☐ Yes

**$420.00**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,821.13**

**Star Truck Rentals**
**3940 Eastern Ave SE**
**Grand Rapids, MI 49508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Lawsuit Case No. 21-5528-GC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Steven Rayman, Esq.**
**CBH Attorneys & Counselors**
**25 Division Ave S #500**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-**

Last 4 digits of account number ___

Basis for the claim: **Services- Potential oustanding invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,513.42**

**TAGG Inc.**
**7120 Division Ave S**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,550.21**

**Target Steel**
**Dept. 78017**
**PO Box 77000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,422.71**

**TDS Metrocom**
**PO Box 94510**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,238.90**

**The DECC Company**
**1266 Wallen Ave SW**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Tri-Star Steel**
**9281 Freeland**
**Detroit, MI 48228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number ___

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **TG Manufacturing, LLC**
Name

Case number (if known)  **22-00302**

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,752.00 |
|---|---|---|---|

**Tubergen Cutting Tools, Inc.**
**5252 S. Division**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**Tupelo Rubber & Gasket Co.**
**520 Daybrite Drive**
**Tupelo, MS 38801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,500.00 |
|---|---|---|---|

**Tupelo Tool & Die**
**1233 S. Veterans Memorial Blvd**
**Tupelo, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,027.94 |
|---|---|---|---|

**Tupelo Water & Light**
**333 Court Street**
**Tupelo, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,798.69 |
|---|---|---|---|

**U.S. Customs and Borders**
**6650 Telecom Drive**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Fees/Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.20 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,405.00 |
|---|---|---|---|

**Ultimate Gaging Systems**
**555 Plymouth Ave NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Last 4 digits of account number ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Unicor, Inc.**
**6175 Norton Shores Drive**
**Norton Shores, MI 49441**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,750.00** |
|---|---|---|---|

**Unigroup Worldwide Logistics**
**1 Premier Drive**
**Fenton, MO 63026**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Lawsuit Case No. CL21-154**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,770.72** |
|---|---|---|---|

**United Fastener & Supply Co.**
**2716 Courier Drive NW, Suite B**
**Grand Rapids, MI 49534**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,128.49** |
|---|---|---|---|

**UPS**
**700 Keystone Industrial Park**
**PO Box 1959**
**Scranton, PA 18501**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Collections**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$228.45** |
|---|---|---|---|

**UPS**
**PO Box 577**
**Carol Stream, IL 60132**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Services**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.80** |
|---|---|---|---|

**UPS Freight**
**55 Glenlake Pkwy**
**Atlanta, GA 30328**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Services**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,101.32** |
|---|---|---|---|

**UPS Freight**
**55 Glenlake Pkwy**
**Atlanta, GA 30328**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number**

**Basis for the claim:  Services**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

**3.185** **Nonpriority creditor's name and mailing address**
**V&S Detroit Galvanizing, LLC**
**12600 Arnold**
**Redford, MI 48239**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$11,569.90**

---

**3.186** **Nonpriority creditor's name and mailing address**
**Valley Tool, Inc.**
**3313 E. Goodland Drive**
**Appleton, WI 54911**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.187** **Nonpriority creditor's name and mailing address**
**Van Den Berge Pest Control**
**76 Veterans Drive**
**Suite 250**
**Holland, MI 49423**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.188** **Nonpriority creditor's name and mailing address**
**Vitan Equipment**
**c/o Hutchinson Warren & Assoc**
**122 South Rawles Street**
**Suite 200**
**Romeo, MI 48065**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$15,654.52**

---

**3.189** **Nonpriority creditor's name and mailing address**
**Volta Logistics, Inc.**
**1515 Central Ave NE, Suite 120**
**Minneapolis, MN 55413**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$29,213.65**

---

**3.190** **Nonpriority creditor's name and mailing address**
**Waste Management**
**1668 Porter St. SW**
**Wyoming, MI 49509**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,245.27**

---

**3.191** **Nonpriority creditor's name and mailing address**
**West Michigan International**
**c/o David L. Baatenburg, Esq.**
**979 Spaulding Ave SE**
**Suite B**
**Ada, MI 49301**

**Date(s) debt was incurred** **2021-**
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$5,617.65**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

**3.192**

Nonpriority creditor's name and mailing address
**West Michigan Technical Supply**
**c/o Patrica J. Scott, Esq.**
**Foster Swift Collins & Smith**
**1700 E. Beltline NE, Suite 200**
**Grand Rapids, MI 49525**

Date(s) debt was incurred  **2022-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit Case No. 22-5033-GC**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.193**

Nonpriority creditor's name and mailing address
**West Michigan Uniform**
**c/o Michael D. Frischer, Esq.**
**14226 Ventura Blvd**
**PO Box 5914**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$7,496.63**

---

**3.194**

Nonpriority creditor's name and mailing address
**Wholesale Industrial Tape**
**7405 Woodley Avenue**
**Van Nuys, CA 91406**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$764.16**

---

**3.195**

Nonpriority creditor's name and mailing address
**Wieland Metal Services**
**c/o Allen Maxwell & Silver**
**PO Box 540**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Attorney**

Is the claim subject to offset? ■ No ☐ Yes

**$6,959.75**

---

**3.196**

Nonpriority creditor's name and mailing address
**Wiese USA**
**2725 Independence Drive**
**Fort Wayne, IN 46808**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,848.46**

---

**3.197**

Nonpriority creditor's name and mailing address
**Wire EDM Technologies**
**1744 S. Dangl Road**
**Muskegon, MI 49442**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,785.00**

---

**3.198**

Nonpriority creditor's name and mailing address
**Worldwide Express**
**PO Box 733360**
**Dallas, TX 75373**

Date(s) debt was incurred  **2021-**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$794.92**

---

Debtor  **TG Manufacturing, LLC**                                        Case number (if known)  **22-00302**
_____
Name

| | |
|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Worldwide Express**
**PO Box 733360**
**Dallas, TX 75373**

**Date(s) debt was incurred** 2021-

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?** ■ No ☐ Yes

$3,015.13

---

3.200 **Nonpriority creditor's name and mailing address**
**Wylie Electric Motor Service**
**331 Carmen Drive**
**Ferrysburg, MI 49409**

**Date(s) debt was incurred** 2021-

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?** ■ No ☐ Yes

$6,552.62

---

3.201 **Nonpriority creditor's name and mailing address**
**XPO Logistics**
**PO Box 5160**
**Portland, OR 97208**

**Date(s) debt was incurred** 2021-

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?** ■ No ☐ Yes

$3,452.35

---

3.202 **Nonpriority creditor's name and mailing address**
**Xtra Lease, LLC**
**c/o DAL, Inc.**
**PO Box 162**
**Clifton Heights, PA 19018**

**Date(s) debt was incurred** 2021-

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Attorney

**Is the claim subject to offset?** ■ No ☐ Yes

$15,675.00

---

3.203 **Nonpriority creditor's name and mailing address**
**Yvonne Prouty, LLC**
**c/o Neil P. Jansen, Esq.**
**900 Monroe Ave NW**
**Grand Rapids, MI 49503**

**Date(s) debt was incurred** 2021-

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Lease Deficiency

**Is the claim subject to offset?** ■ No ☐ Yes

$1.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **17th Circuit Court**<br>**Case No. 22-00377-CB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line 3.111<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **17th Circuit Court**<br>**Case No. 21-11528-CBB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line 3.151<br>☐ Not listed. Explain ____ | _ |

Debtor  **TG Manufacturing, LLC**
_____
Name

Case number (if known)  **22-00302**
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **17th Circuit Court** **Case No. 21-09040-CBB** **180 Ottawa Ave NW** **Grand Rapids, MI 49503** | Line **3.107** ☐ Not listed. Explain ____ | _ |
| 4.4 **17th Circuit Court** **Case No. 21-00482-CBB** **180 Ottawa Ave NW** **Grand Rapids, MI 49503** | Line **3.30** ☐ Not listed. Explain ____ | _ |
| 4.5 **17th Circuit Court** **Case No. 21-09807-CBB** **180 Ottawa Ave NW** **Grand Rapids, MI 49503** | Line **3.84** ☐ Not listed. Explain ____ | _ |
| 4.6 **17th Circuit Court** **Case No. 11705-CBB** **180 Ottawa Ave NW** **Grand Rapids, MI 49503** | Line **3.71** ☐ Not listed. Explain ____ | _ |
| 4.7 **20th Circuit Court** **Case No. 21-06699-CB** **414 Washington Street** **Room 320** **Grand Haven, MI 49417** | Line **3.17** ☐ Not listed. Explain ____ | _ |
| 4.8 **58th District Court** **Case No. 21-066004-GC** **414 Washington Ave.** **Grand Haven, MI 49417** | Line **3.91** ☐ Not listed. Explain ____ | _ |
| 4.9 **58th District Court** **Case No 22-068402-LT** **414 Washington Ave.** **Grand Haven, MI 49417** | Line **3.64** ☐ Not listed. Explain ____ | _ |
| 4.10 **62B District Court** **Case No. 21-5528-GC** **4740 Walma Ave. SE** **Grand Rapids, MI 49512** | Line **3.164** ☐ Not listed. Explain ____ | _ |
| 4.11 **62B District Court** **Case No. 21-5225-GC** **4740 Walma Ave. SE** **Grand Rapids, MI 49512** | Line **3.32** ☐ Not listed. Explain ____ | _ |
| 4.12 **62B District Court** **Case No. 21-0158-SC** **4740 Walma Ave. SE** **Grand Rapids, MI 49512** | Line **3.114** ☐ Not listed. Explain ____ | _ |
| 4.13 **62B District Court** **Case No. 22-5033-GC** **4740 Walma Ave. SE** **Grand Rapids, MI 49512** | Line **3.192** ☐ Not listed. Explain ____ | _ |
| 4.14 **63rd District Court** **Case No. 21-5966-GC** **1950 E. Beltline** **Grand Rapids, MI 49525** | Line **3.136** ☐ Not listed. Explain ____ | _ |

| Debtor | TG Manufacturing, LLC | | Case number (if known) | 22-00302 |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.15** AGA Adjustments Ltd. Attention Dawn Garrett 740 Walt Whitman Road Melville, NY 11747 | Line **3.149** ☐ Not listed. Explain ____ | _ |
| **4.16** AGA Adjustments Ltd. Attention Loretta Perez 740 Walt Whitman Road Melville, NY 11747 | Line **3.176** ☐ Not listed. Explain ____ | _ |
| **4.17** Amanda Kill, Esq. Ahern & Kill 355 S. Old Woodward Suite 210 Birmingham, MI 48009 | Line **3.120** ☐ Not listed. Explain ____ | _ |
| **4.18** Armin Halilovic, Esq. c/o Dinsmore & Shohl LLP 900 Wilshire Drive Suite 300 Troy, MI 48084 | Line **3.151** ☐ Not listed. Explain ____ | _ |
| **4.19** Best & Flanagan LLP 60 South Sixth Street Suite 2700 Minneapolis, MN 55402 | Line **3.5** ☐ Not listed. Explain ____ | _ |
| **4.20** Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188 | Line **3.121** ☐ Not listed. Explain ____ | _ |
| **4.21** Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188 | Line **3.181** ☐ Not listed. Explain ____ | _ |
| **4.22** Bradshaw Hawkins One Museum Place 3100 West 7th Street Suite 500 Arlington, TX 76017 | Line **3.26** ☐ Not listed. Explain ____ | _ |
| **4.23** Brion B. Doyle Esq. Varnum LLP Bridgewater Place PO Box 352 Grand Rapids, MI 49501 | Line **3.17** ☐ Not listed. Explain ____ | _ |
| **4.24** C2C Resources, LLC 56 Premier Center East Suite 100 Atlanta, GA 30346 | Line **3.54** ☐ Not listed. Explain ____ | _ |
| **4.25** Colonial Heights Circuit Court Case No. CL 21-154 550 Boulevard Colonial Heights, VA 23834 | Line **3.179** ☐ Not listed. Explain ____ | _ |
| **4.26** Creditors Adjustment Bureau PO Box 5932 Sherman Oaks, CA 91413 | Line **3.153** ☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TG Manufacturing, LLC | | Case number (if known) | 22-00302 |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | CST, Co.<br>PO Box 33127<br>Louisville, KY 40232 | Line **3.156**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | David L. Baatenburg, Esq.<br>979 Spaulding Ave SE<br>Suite B<br>Ada, MI 49301 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | David L. Baatenburg, Esq.<br>979 Spaulding Ave SE<br>Suite B<br>Ada, MI 49301 | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | David L. Baatenburg, Esq.<br>979 Spaulding Ave SE<br>Suite B<br>Ada, MI 49301 | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | Euler Hermes Collection<br>800 Red Brook Blvd<br>Suite 400C<br>Owings Mills, MD 21117 | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.32 | Fenner Precision Polymers US<br>311 West Stiegel Street<br>Manheim, PA 17545 | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.33 | Foley & Mansfield, PLLP<br>130 East Nine Mile Road<br>Ferndale, MI 48220 | Line **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.34 | Gary K. August, Esq.<br>August Law PLLC<br>29201 Telegraph Road<br>Suite 510<br>Southfield, MI 48034 | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.35 | German and German, PLC<br>120 West Savidge Street<br>PO Box 301<br>Spring Lake, MI 49456 | Line **3.64**<br>☐ Not listed. Explain ____ | _ |
| 4.36 | Hamilton County Court<br>No. A 2102541<br>1000 Main Street<br>Cincinnati, OH 45202 | Line **3.151**<br>☐ Not listed. Explain ____ | _ |
| 4.37 | Hutchinson Warren & Associates<br>122 South Rawles Street<br>Suite 200<br>Romeo, MI 48065 | Line **3.146**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | Jefferson County<br>Superior Court<br>Case No. 36D01-2104-CC-00297<br>300 E. Main Street, Suite 205<br>Madison, IN 47250 | Line **3.73**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **TG Manufacturing, LLC** | Case number (if known) | **22-00302** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.39 | **Law Offices of Seaton & Husk**<br>**2240 Gallows Road**<br>**Vienna, VA 22182** | Line **3.179**<br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Legal Collections**<br>**500 Colonial Center Parkway**<br>**3rd Floor**<br>**Lake Mary, FL 32746** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Michael F. Jacobson, Esq.**<br>**Jaffe, Raitt, Heuer & Weiss PC**<br>**27777 Franklin Road**<br>**Suite 2500**<br>**Southfield, MI 48034** | Line **3.111**<br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Michael J. Caywood, Esq.**<br>**HaasCaywood PC**<br>**21 West Chicago Street**<br>**Coldwater, MI 49036** | Line **3.91**<br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Michael R. Bell, Esq.**<br>**Assistant Attorney General**<br>**PO Box 30754**<br>**Lansing, MI 48909** | Line **2.12**<br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Michael R. Stillman Esq.**<br>**30057 Orchard Lk Rd**<br>**Suite 200**<br>**Farmington, MI 48334** | Line **3.155**<br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Richard T. Avis & Associates**<br>**PO Box 31579**<br>**Chicago, IL 60631** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Ross, Stuart & Dawson, Inc.**<br>**14 E. 14 Mile Road, Suite 100**<br>**Clawson, MI 48017** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Scott H. Hogan, Esq.**<br>**Foster Swift**<br>**1700 E. Beltline NE, Suite 200**<br>**Grand Rapids, MI 49525** | Line **3.166**<br>☐ Not listed. Explain ____ | _ |
| 4.48 | **The Keenan Legal Group PLLC**<br>**1950 Waldrof Street NW**<br>**Suite 220**<br>**Grand Rapids, MI 49544** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Thomas L. Bylenga, Esq.**<br>**3940 Eastern Ave SE**<br>**Grand Rapids, MI 49508** | Line **3.164**<br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Thomas M. Wardrop, Esq.**<br>**Wardrop & Wardrop PC**<br>**300 Ottawa Ave NW**<br>**Suite 150**<br>**Grand Rapids, MI 49503** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | TG Manufacturing, LLC | Case number (if known) | 22-00302 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.51 | Transworld Systems Inc.<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034 | Line  3.81<br>☐ Not listed. Explain ____ | _ |
| 4.52 | US Impact, Inc.<br>PO Box 1746<br>Mandeville, LA 70470 | Line  3.33<br>☐ Not listed. Explain ____ | _ |
| 4.53 | Velo Law Office<br>1750 Leonard Street NE<br>Grand Rapids, MI 49505 | Line  3.136<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 164,560.07 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,874,342.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,038,902.94 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com |

Fill in this information to identify the case:

Debtor name **TG Manufacturing, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **22-00302**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle Leases- 2013 International Prostar Tractor 2014 International Prostar Tractor** | |
| State the term remaining | **AYN Leasing, LLC c/o Richard Achtenberg 1648 Casey Key Punta Gorda, FL 33950** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease- 14324 172nd Avenue Grand Haven, MI 49417** | |
| State the term remaining | **Duthler Properties, LLC c/o Ronald Duthler 5645 Lakeshore Drive Holland, MI 49424** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease- 1840 142nd Ave, Dorr, MI 49323** | |
| State the term remaining | **TG Industrial Land Development, LLC c/o Richard Achtenberg 1648 Casey Key Punta Gorda, FL 33950** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease- 1233 South Veterans Blvd, Tupelo, MS** | |
| State the term remaining | **TT and D, Inc. c/o Mitchell, McNutt & Sams 105 South Front Street PO Box 7120 Tupelo, MS 38802** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name    **TG Manufacturing, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **22-00302**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Hutchinson Antivibration | Systems, Inc. 2900 West Road, Suite 500 East Lansing, MI 48823 | Ultimate Gaging Systems | ☑ D   **2.5** ☐ E/F   _____ ☐ G   _____ |
| 2.2 | Kevin Kyle | 19972 Maple Court Howard City, MI 49329 | Anlaan Corporation | ☐ D   _____ ☑ E/F   **3.17** ☐ G   _____ |
| 2.3 | Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | Bank of America | ☑ D   **2.2** ☐ E/F   _____ ☐ G   _____ |
| 2.4 | Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | Anlaan Corporation | ☐ D   _____ ☑ E/F   **3.17** ☐ G   _____ |
| 2.5 | Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | First National Bank of Omaha | ☐ D   _____ ☑ E/F   **3.79** ☐ G   _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **TG Manufacturing, LLC** | | Case number *(if known)* | **22-00302** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | Bank of America | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.7 | TG Turnkey, LLC | 739 Cottage Grove SE Grand Rapids, MI 49507 | Bank of America | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.8 | TG Turnkey, LLC | 739 Cottage Grove SE Grand Rapids, MI 49507 | Bank of America | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.9 | TGM Coatings, LLC | 1840 142nd Ave Dorr, MI 49323 | Bank of America | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.10 | TGM Coatings, LLC | 1840 142nd Ave Dorr, MI 49323 | Bank of America | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.11 | Turnkey Fabrication, LLC | 1530 Eastern Ave SE Grand Rapids, MI 49507 | Unigroup Worldwide Logistics | ☐ D _____ ■ E/F  **3.179** ☐ G _____ |