UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

TG INTEGRATION, LLC, *et al*,[1]

    Debtors.

_____/ /

Case No. 22-00615
Chapter 11
Hon. John T. Gregg

*Jointly Administered*

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

TG Integration, LLC, TG Turnkey, LLC, TGM Coatings, LLC, and TG Manufacturing, LLC (collectively "Debtors"), having filed the Motion For Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases (the "Motion") requesting the entry of an order pursuant to sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b) directing joint administration of these chapter 11 cases; the Court having reviewed the Motion; and the Court having determined that (i) the relief requested in the Motion is in the best interests of the Debtors, their creditors and other parties in interest; (ii) the Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157(b) and 1334, (iii) venue appears appropriate pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED;

2.    The above captioned chapter 11 cases are consolidated for procedural purposes only, and shall be jointly administered by this Court in accordance with Bankruptcy Rule 1015(b);

---

[1] The Debtors are: TG Integration, LLC, (Case No. 22-00615); TG Turnkey, LLC, (Case No. 22-00303); TGM Coatings, LLC (Case No. 22-00304); TG Manufacturing, LLC (Case No. 22-00302).

3.  Pleadings, motions, notices, orders, and other documents filed in these cases which require a caption are authorized and required to bear a consolidated caption, which is approved in all respects, and which shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In the Matter of:

TG INTEGRATION, LLC, *et al[1].*,

      Debtors.

_____/ /

Case No. 22-00615
Chapter 11
Hon. John T. Gregg

*Jointly Administered*

---

[1] The Debtors are: TG Integration, LLC, (Case No. 22-00615); TG Turnkey, LLC, (Case No. 22-00303); TGM Coatings, LLC (Case No. 22-00304); TG Manufacturing, LLC (Case No. 22-00302).

4.  A docket entry shall be made in each of the above captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration and procedural consolidation of the chapter 11 cases of TG Integration, LLC, (Case No. 22-00615); TG Turnkey, LLC, (Case No. 22-00303); TGM Coatings, LLC (Case No. 22-00304); and TG Manufacturing, LLC (Case No. 22-00302). The docket for TG Integration, LLC (Case No. 22-00615) should be consulted for all matters affecting these cases, including for objections to claims filed against any debtor. A creditor's claim against a specific debtor, however, must be filed in that specific debtor's chapter 11 case. **With the exception of a creditor's claim(s) against a specific debtor, all further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 22-00615.**

5.  Proofs of Claim and objections to claims shall be docketed and filed in the appropriate case of the Debtor against whom the creditor holds a claim. Creditors shall file a separate claim in each case for which they hold a claim. Schedules shall be docketed and filed in the appropriate case.

6. The Debtor and all other parties in interest are authorized to use, and the Clerk shall have authority to use in her discretion, a consolidated Matrix.

7. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

9. This Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**

Signed: March 29, 2022

  

John T. Gregg
United States Bankruptcy Judge